AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF Rhode Island

UNITED STATES OF AMERICA

V.

Warren Jay Hackney

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:08-MJ-57M

I, Warren Jay Hackney, charged in a (complaint) (petition) pending in this District with possession with intent to distribute more than 500 grams of cocaine in violation of Title 21, U.S.C., 841 (a)(1) & (b)(1)(B), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Defendant Warren Jay Hackney

04-10-08
Date

Counsel for Defendant Charles A. Tamuleviz