UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Misc No. 1:08-MJ-57M |
| | : | |
| WARREN JAY HACKNEY | : | |

**GOVERNMENT'S MOTION TO DISMISS THE COMPLAINT**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and moves to dismiss the complaint in the instant case charging defendant Warren Jay Hackney with a violation of 21 U.S.C. §841(a)(1) and (b)(1)B.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/Zechariah Chafee
ZECHARIAH CHAFEE
Assistant U.S. Attorney
RI Bar No. 3364
United States Attorney's office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000 (401)709-5001(Fax)
Zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

I, hereby certify that on this 1st day of May, 2008, I caused the within Government's Motion to Dismiss the Complaint to be electronically filed with the United States District Court and, it is available for viewing and downloading from the ECF system.

Electronic notification:

Charles A. Tamuleviz
Tamuleviz, Hultquist & Bianchi, LLP
144 Westminster Street, Suite 302
Providence, RI 02903

/s/Zechariah Chafee
ZECHARIAH CHAFEE
Assistant U.S. Attorney
RI Bar No. 3364
United States Attorney's office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000 (401)709-5001(Fax)
Zechariah.chafee@usdoj.gov