UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Misc No.: 1:08-MJ-57M |
| | ) | |
| WARREN JAY HACKNEY | ) | |

**DEFENDANT'S MOTION FOR RETURN OF FUNDS POSTED AS A CONDITION OF RELEASE**

The Defendant, WARREN JAY HACKNEY, by and through his undersigned counsel, pursuant to LR Cr 46.1 of the Local Rules of the United States District Court for the District of Rhode Island, hereby moves this Court for an Order discharging the Defendant from the Appearance Bond and the Agreement To Forfeit Property executed in the instant matter and further ordering the return to the Defendant of the $4,000 that was posted as a condition of the Defendant's Appearance Bond. In support thereof, the Defendant submits that an Order dismissing the charge in the above-referenced matter was entered by this Court on May 2, 2008, and that the Defendant complied with all conditions of his release while the charge was pending against him.

Respectfully submitted this 5th day of May, 2008.

WARREN JAY HACKNEY, Defendant
By his Counsel,

/s/ Charles A. Tamuleviz .
Charles A. Tamuleviz Bar No.: 6115
Tamuleviz, Hultquist, & Bianchi, LLP
144 Westminster Street, Suite 302
Providence, Rhode Island 02903
Telephone: 401.490.2939
Facsimile: 401.490.2940
E-Mail: cat@thbrilaw.com

CERTIFICATION

On this 5th day of May 2008, I caused the Defendant's Motion For Return Of Funds Posted As A Condition Of Release to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic Notification:

Zechariah Chafee
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

/s/ Charles A. Tamuleviz

Charles A. Tamuleviz, Esquire
Tamuleviz, Hultquist, & Bianchi, LLP
144 Westminster Street, Suite 302
Providence, Rhode Island 02903
Telephone: 401.490.2939
Facsimile: 401.490.2940
E-mail: cat@thbrilaw.com