UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Misc No.: 1:08-MJ-57M |
| | ) | |
| WARREN JAY HACKNEY | ) | |

**ORDER**

IT IS HEREBY ORDERED that the Defendant's Motion For Return Of Funds Posted As A Condition Of Release is granted and that the Defendant, WARREN JAY HACKNEY, is discharged from the Appearance Bond and the Agreement To Forfeit Property executed in the instant matter. It is further ordered that the $4000 posted with the Court by the Defendant as a condition of his Appearance Bond be released and returned to the Defendant in the form of a check made payable as follows:

Warren J. Hackney

**REDACTED**

Date: 5-12-08

David L. Martin
David L. Martin
U.S. Magistrate Judge